IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOHN WHITE                                                                                           PLAINTIFF

VS.                                                                              CIVIL ACTION NO. 5:03cv89BrS

O. J. PACKNETT, INDIVIDUALLY AND IN
HIS OFFICIAL CAPACITY AS A DEPUTY SHERIFF
OF WILKINSON COUNTY, MISSISSIPPI, and
EMMETT JACKSON                                                                                    DEFENDANTS

## ORDER DISMISSING EMMETT JACKSON AND ENTERING FINAL JUDGMENT OF DISMISSAL

This action having come on to be heard at the status conference before Magistrate Judge John M. Roper on January 31, 2006, and counsel having announced in open court that all matters remaining in this cause having been compromised and settled between Plaintiff and Defendant Emmett Jackson and the court, being fully advised in the premises, finds that said action should be and is hereby dismissed as to the remaining defendant Emmett Jackson and that this action should be and is hereby dismissed with prejudice, with Plaintiff John White and Defendant Emmett Jackson to each bear his own costs and attorneys' fees.

So ordered this the   10th   day of        February        , 2006.


                                                              s/ David Bramlette
                                                              United States District Judge

-1-

Agreed:


s/Dennis L. Horn
Attorney for the Plaintiff


s/Wayne Dowdy
Attorney for Defendant
Emmett Jackson